389 A.2d 166

Commonwealth v. Eyer, Appellant.

Submitted November 8, 1976. Ralph T. Forr, Jr., Assistant Public Defender, for appellant; William J. Haberstroh, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 166

Commonwealth v. Falcone et al., Appellants.

Submitted March 24, 1977. Frank J. Marcone, for appellants; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents because he believes that the lower court abused its discretion in allowing the Commonwealth to reopen its case after the Commonwealth rested and after the court overruled appellant's demurrer.

WATKINS, former P. J., did not participate in the consideration or decision of this case.